**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00697 EWN-MJW

eSOFT, INC., a Delaware corporation,

    Plaintiff,

v.

ST. BERNARD SOFTWARE, INC., a Delaware corporation

    Defendant.

**ORDER REGARDING UNOPPOSED MOTION TO WITHDRAW DEFENDANT ST. BERNARD'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**

THIS MATTER having come before the Court on Defendant St. Bernard Software, Inc.'s, ("St. Bernard") Unopposed Motion to Withdraw its Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2), and good cause shown, does hereby

GRANT St. Bernard's Unopposed Motion to Withdraw it's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)

DATED:     August 9, 2006.

BY THE COURT

s/ Edward W. Nottingham
United States District Judge