IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00697-EWN-MJW

eSOFT, INC., a Delaware corporation,

Plaintiff,

v.

ST. BERNARD SOFTWARE, INC., a California corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Protective Order, DN 32, filed with the Court on October 2, 2006, is approved and the Stipulated Protective Order is entered and made an order of Court.

Date:  October 3, 2006