IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00697-EWN-MJW

eSOFT, INC., a Delaware corporation,

Plaintiff,

v.

ST. BERNARD SOFTWARE, INC., a California corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Motion to Withdraw Defendant/Cross-Claim Plaintiff St. Bernard Software, Inc.'s Emergency Motion to Compel Discovery From Plaintiff/Cross-Claim Defendant, DN 44, filed with the Court on December 11, 2006, is GRANTED.

    FURTHER, it is ORDERED that St. Bernard Software, Inc.'s Emergency Motion to Compel Discovery (document 41) is DEEMED WITHDRAWN AND DENIED AS MOOT.  The telephonic motion hearing set on December 12, 2006, at 2:00 p.m. is VACATED.

Date:  December 12, 2006