IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00697-EWN-MJW

eSOFT, INC., a Delaware corporation,

Plaintiff,

v.

ST. BERNARD SOFTWARE, INC., a California corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Amend Scheduling Order (document 47) is GRANTED as follows.  The discovery deadline is extended to March 9, 2007.  The dispositive motion deadline remains set on March 13, 2007.  The deadline to designate rebuttal experts and produce all information specified in Fed.R.Civ.P. 26(a)(2) is extended to January 26, 2007.  The Settlement Conference set on January 11, 2007, at 1:30 p.m. is vacated and RESET for February 20, 2007, at 1:30 p.m.  Updated confidential settlement statements are due by February 15, 2007.  The Preliminary Pretrial Conference remains set on May 16, 2007, at 8:30 a.m.  The proposed Preliminary Pretrial Order remains due by May 11, 2007.

Date:  January 4, 2007