IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00697 EWN-MJW

eSOFT, INC., a Delaware corporation,

    Plaintiff/Cross-Claim Defendant,

v.

ST. BERNARD SOFTWARE, INC., a Delaware corporation,

    Defendant/Cross-Claim Plaintiff.

---

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIMS OF ST. BERNARD SOFTWARE, INC. AND DEMAND FOR JURY TRIAL (Docket No. 50)

---

St. Bernard's Unopposed Motion for Leave to File First Amended Answer and Counterclaims of St. Bernard Software, Inc. and Demand for Jury Trial ("Unopposed Motion") having coming before the Court, and upon review and consideration of the issue presented in the Unopposed Motion and for good cause shown to allow St. Bernard Software, Inc. to amend its Answer and Counterclaims of St. Bernard Software, Inc. and Demand for Jury Trial as permitted by Rule 15 of the Federal Rules of Civil Procedure;

The Unopposed Motion is hereby GRANTED and the Clerk of Court shall enter as filed the First Amended Answer and Counterclaims of St. Bernard Software, Inc. and Demand for Jury Trial attached to the Unopposed Motion as Exhibit A.

1

IT IS FURTHER ORDERED THAT eSoft shall have ten (10) days from the entry of the First Amended Answer and Counterclaims of St. Bernard Software, Inc. and Demand for Jury Trial to file its reply to the same.

SO ORDERED THIS 5TH DAY OF JANUARY, 2007.

Judge, ~~United States District Court for the District of Colorado~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO