IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00697–EWN–MJW

eSOFT, INC, a Delaware corporation,

    Plaintiff,

v.

ST. BERNARD SOFTWARE, INC.,
a California corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter is before the court on the "Stipulated Motion for Dismissal with Prejudice" filed February 15, 2007.  The court having read the Motion for Dismissal filed herein, and now being fully advised in the premises, it is

    **ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

    DATED this 16th day of February, 2007.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge